IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03064-WYD-KMT

HARLAN G. HOWELL,

    Plaintiff,

v.

THE NEENAN COMPANY, L.L.L.P., a Colorado limited liability limited partnership;
RANDOLPH P. MYERS, individually, as well as in his professional capacity as
    President of THE NEENAN COMPANY, L.L.L.P.;
DOVETAIL SOLUTIONS, INC., a Colorado corporation;
ANDREW P. BOIAN, individually, as well as in his professional capacity as President of
    DOVETAIL SOLUTIONS, INC.;
FORT COLLINS COLORADOAN, a Delaware corporation;
GARNETT CO., INC., a Virginia corporation;
VALLEY COURIER NEWSPAPER, a Delaware corporation;
NEWS MEDIA CORPORATION, an Illinois corporation;
FORT MORGAN TIMES, a Delaware corporation;
THE E.W. SCRIBBS COMPANY, a Delaware corporation; and,
LARSEN STRUCTUAL DESIGN, INC., a Colorado corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court on plaintiff, Harlan G. Howell's, Notice Of Voluntary Dismissal [ECF No. 6], filed on February 4, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed without prejudice.  Accordingly, it is

    ORDERED that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.

    Dated: February 11, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge